UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNETTE TATUM-RIOS, *Individually, and On Behalf of All Others Similarly Situated*,

                     Plaintiff,

                     - against -

SOURSE INC., *doing business as* SOURSE,

                     Defendant.

**ORDER**

22 Civ. 2923 (ER)

Ramos, D.J.:

    On April 8, 2022, Lynnette Tatum-Rios brought this action against Sourse, alleging violations of the Americans with Disabilities Act. Doc. 1. As of the date of this Order, Tatum-Rios has not filed proof of service.

    Tatum-Rios is therefore instructed to submit a status report by no later than October 14, 2022. Failure to do so may result in dismissal of this case for failure to prosecute.

It is SO ORDERED.

Dated:   October 7, 2022
            New York, New York

                                                EDGARDO RAMOS, U.S.D.J.