UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNETTE TATUM-RIOS, *Individually, and On Behalf of All Others Similarly Situated*,

        Plaintiff,

- against -

SOURSE INC., *doing business as* SOURSE,

        Defendant.

**ORDER**

22-cv-2923 (ER)

Ramos, D.J.:

    On April 8, 2022, Lynnette Tatum-Rios brought this action against Sourse, alleging violations of the Americans with Disabilities Act. Doc. 1. As of October 7, 2022, Tatum-Rios had not served Sourse. Accordingly, the Court directed Tatum-Rios to submit a status report by October 14, 2022. Doc. 5.

    On October 14, 2022, Tatum-Rios filed a status report with the Court, which stated its intent to serve Source by November 14, 2022. Doc. 6. As of the date of this Order, however, Sourse has still not been served.

    Tatum-Rios is therefore instructed to either submit another status report or serve Sourse by December 6, 2022. Failure to do so may result in dismissal of this case for failure to prosecute.

It is SO ORDERED.

Dated:   November 29, 2022
           New York, New York

                                                      EDGARDO RAMOS, U.S.D.J.