UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LYNNETTE TATUM-RIOS, *Individually, and On Behalf of All Others Similarly Situated*,

                        Plaintiff,

                   - against -

SOURSE INC., *doing business as* SOURSE,

                       Defendant.

**ORDER**

22 Civ. 2923 (ER)

Ramos, D.J.:

    Lynnette Tatum-Rios brought this action against Sourse on April 8, 2022, alleging violations of the Americans with Disabilities Act.  Doc. 1.  As of October 7, 2022, Tatum-Rios had not served Sourse.  Accordingly, on October 7, 2022, the Court directed Tatum-Rios to submit a status report by October 14, 2022.  Doc. 5.

    On October 14, 2022, Tatum-Rios filed a status report with the Court, which stated its intent to serve Source by November 14, 2022.  Doc. 6.  As of November 29, 2022, however, Sourse still had not been served.  Accordingly, on November 29, 2022, the Court directed Tatum-Rios to either file another status report with the Court or serve Sourse by December 6, 2022.

    On November 29, 2022, Sourse was served.  Doc. 8.  Sourse was required to answer by December 20, 2022.  To date, Sourse has neither answered nor appeared.

2

Tatum-Rios is therefore directed to file a status report with the Court no later than January 31, 2023.  Failure to do so may result in dismissal of the case for failure to prosecute.

It is SO ORDERED.

Dated:  January 24, 2023
        New York, New York

                                                _____
                                                EDGARDO RAMOS, U.S.D.J.